Carlos F. Negrete, SBN # 134658
**LAW OFFICES OF CARLOS F. NEGRETE**
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747
Telephone (949) 493-8115
Telefax     (949) 493-8170

Attorney for Defendant,
TRIMEDICA INTERNATIONAL , INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, )<br>          Plaintiff, )<br>     vs. )<br>TRIMEDICA INTERNATIONAL, )<br>INC.; and DOES 1 to100, Inclusive, )<br>          Defendants. )<br>_____ ) | Case No. 2-10-cv-01360 JAM DAD<br><br>The Honorable John A. Mendez<br><br>**ORDER RE JOINT MOTION TO MODIFY THE PRE-TRIAL SCHEDULING ORDER RE EXPERT WITNESS DISCLOSURES** |

This Court having considered the Joint Motion to Modify the Pre-Trial Scheduling Order re Expert Witness Disclosures, it is hereby,

**ORDERED** that the parties expert witness disclosures pursuant to F.R.C.P. 26(a)(2) shall be made by November 22, 2010, and supplemental disclosures and rebuttal expert witness disclosures pursuant to F.R.C.P. 26(a)(2)**(**c) shall be made by November 29, 2010.

Dated: October 21, 2010          /s/ John A. Mendez
                                 The Honorable John A. Mendez
                                 United States District Court Judge

---

1

[PROPOSED] ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER