Carlos F. Negrete, SBN # 134658
**LAW OFFICES OF CARLOS F. NEGRETE**
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747
Telephone (949) 493-8115
Telefax    (949) 493-8170

Attorney for Defendant,
TRIMEDICA INTERNATIONAL , INC.

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, ) | Case No. 2-10-cv-01360-JAM-DAD |
| ) Plaintiff, ) | The Honorable John A. Mendez |
| ) vs. ) | Courtroom 6 |
| ) TRIMEDICA INTERNATIONAL, ) INC.; and DOES 1 to100, Inclusive, ) ) Defendants. ) ) _____ ) | **ORDER RE JOINT MOTION TO SET ASIDE THE ENTRY OF DEFAULT AND MODIFY THE PRE-TRIAL SCHEDULING ORDER** |

This Court having considered the Joint Motion to Set Aside the Clerk's Entry of Default and to Modify the Pre-Trial Scheduling Order ("Motion") after hearing on March 23, 2011, it is hereby,

**ORDERED** that the Motion to Set Aside the Clerk's Entry of Default is hereby GRANTED and the entry of default entered by the Clerk on January 3, 2011 is vacated;

**ORDERED** that TRIMEDICA's Answer to the Complaint is deemed filed as of March 23, 2011;

**ORDERED** that the portion of the Joint Motion requesting modification of the Pre-Trial Scheduling Order dated August 18, 2010, is DENIED; and,

**ORDERED** that the hearing set for April 22, 2011 regarding the Motion to

1  Compel Further Responses filed by Plaintiff, MICHAEL GONZALES is hereby
2  vacated.
3
4
5  Dated: March 24, 2011                    /s/ John A. Mendez
                                            The Honorable John A. Mendez
6                                           United States District Court Judge