NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
Roger E. Borg, Bar No. 117765
Ryan M. Ferrell, Bar No. 258037
Michael E. Velarde, Bar No. 266272
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>TRIMEDICA INTERNATIONAL, INC.,<br><br>Defendant. | Case No.  2:10-CV-01360-JAM-DAD<br><br>**ORDER** |

　　　　The Court, having considered the Voluntary Dismissal filed by the Parties herein, finds that the Parties have reached a settlement and that this action should be dismissed with prejudice.

DATED:  June 17, 2011

　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　HON. JOHN A MENDEZ
　　　　　　　　　　　　　　　　United States District Judge

- 1 -

**[PROPOSED] ORDER RE DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com